In re: LYON'S RESTAURANTS, INC. a Delaware corporation, Debtor.

Royal Foods Co., Plaintiff—Appellee,

v.

L.R. Holdings, Inc., Defendant,

and

U.S. Bank National Association, as agent for Certain Lenders to Lyons Restaurants, Inc., collectively "Lenders" Defendant—Appellant.

---

\* The Honorable Glenn L. Archer, Jr., United States Senior Circuit Judge for the Federal Circuit, sitting by designation.

Royal Foods Co., Plaintiff—Appellant,

v.

U.S. Bank National Association, as agent for Certain Lenders to Lyons Restaurants, Inc., collectively "Lenders"; Lyon's Restaurants Inc.; L.R. Holding, Inc., Defendants—Appellees.

Nos. 99–17679, 00–15044.
D.C. No. CV–99–01609–WHA.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 6, 2001.

Decided June 11, 2001.

Before ARCHER,\* TROTT, and SILVERMAN, Circuit Judges.

MEMORANDUM \*\*

This is an appeal from a district court ruling in which the court reversed the final judgment of the bankruptcy court and remanded the case to the bankruptcy court for further factual findings. We have jurisdiction under 28 U.S.C. § 158(d) (2000). Because of the nature of the remand and the centrality of the legal issue presented, we have discretion to exercise jurisdiction in these circumstances. *See Bonner Mall v. U.S. Bancorp Mortgage*, 2 F.3d 899, 903–04; *In re Stanton*, 766 F.2d 1283, 1286–88, 1288 n. 8 (9th Cir.1985).

For the reasons set forth in our opinion filed today in *Royal Foods Co. v. RJR Holdings Inc.*, No. 99–55634, which involves the identical legal issue raised in

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

this case, the judgment of the district court is AFFIRMED.

TROTT, Circuit Judge, Dissenting.

TROTT, Circuit Judge.

For the reasons expressed in my dissent in *Royal Foods v. RJR Holdings*, 252 F.3d 1102 (9th Cir.2001) (TROTT, Circuit Judge, Dissenting) I respectfully dissent here also.